

# NUMBER 13-11-00650-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

WOODFOREST GOLF CLUB, LLC,
AND WOODFOREST NATIONAL BANK, N. A.,                    APPELLANTS,

v.

MONTGOMERY COUNTY, TEXAS,
MONTGOMERY INDEPENDENT SCHOOL DISTRICT,
AND MONTGOMERY CAPITAL GP,                              APPELLEES.

### On appeal from the 410th District Court
### of Montgomery County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

Appellants, Woodforest Golf Club, LLC and Woodforest National Bank, N.A.,

perfected an appeal from a judgment entered by the 410th District Court of Montgomery

County, Texas, in cause number 08-06-05452-CV consolidated with 08-10-10046-CV.

Appellants have filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of January, 2012.